# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍ ) <br> IN RE: TERRORIST ATTACKS ON ) <br> SEPTEMBER 11, 2001 ) <br> ﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍ ) | Civil Action No. 03 MDL 1570 (GBD)(SN) <br> ECF Case |

**This document relates to:**

*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*,
   Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
   Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

## DECLARATION IN SUPPORT OF NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

   I, C. Ross Heyl, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

   1.   The facts herein are based upon my personal knowledge.

   2.   I was admitted *pro hac vice* into the MDL proceeding (03 MD 1570) by Order dated March 17, 2021.

  3. My withdrawal is necessary because I will be departing the law firm of Motley Rice LLC on December 29, 2023.

  4. My withdrawal will not occasion a request for an extension of any deadlines in the case.

  5. I am not asserting a retaining or charging lien in connection with my departure. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2023      Respectfully submitted,

              /s/ *Charles Ross Heyl*

              C. Ross Heyl
              MOTLEY RICE LLC
              28 Bridgeside Blvd.
              Mount Pleasant, SC 29464
              Telephone: (843) 216-9066
              Facsimile: (843) 216-9450
              Email: rheyl@motleyrice.com